AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB -6 AM 10:29

**DEFENDANT - U.S.**
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
► HELEN LOWE N. DIST. OF CALIFORNIA

**DISTRICT COURT NUMBER**
CR07-555WHA

### OFFENSE CHARGED

18 U.S.C. § 1012 - False Report or Statement to the Department of Housing & Urban Development (One Count)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:**
Maximum Prison Term of One Year;
Maximum Fine $100,000;
Maximum Supervised Release of One Year;
Mandatory Special Assessment of $25.

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Department of Housing & Urban Development (HUD)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**SHOW DOCKET NO.** 07-0555 WHA

**MAGISTRATE CASE NO.**

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Erika R. Frick  ERF

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
Released on her own recognizance in this case

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed: Month/Day/Year

**DATE OF ARREST** ► Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☒ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: February 8, 2008, at 9:30 am
Before Judge: Hon. Maria-Elena James

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)   FILED
   United States Attorney
2                                        08 FEB -6 AM 10: 29
3
                                         RICHARD W. WIEKING
4                                        CLERK, U.S. DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA
5

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,  )  No. CR 07-0555 WHA
                                )
13 |      Plaintiff,             )  VIOLATION: Title 18, United States Code,
                                )  Section 1012 – Making False Report or
14 | v.                          )  Statement to the Department of Housing &
                                )  Urban Development (Class A Misdemeanor)
15 |                             )
   HELEN LOWE,                  )  SAN FRANCISCO VENUE
16 |                             )
        Defendant.               )
17 | _____)

18

19

20              SUPERSEDING INFORMATION

21  The United States Attorney charges:

22       On or about December 9, 1998, the defendant,

23                    HELEN LOWE,

24  knowingly made a false report and statement to the Department of Housing & Urban

25  Development ("HUD"), and in so doing acted willfully, that is, deliberately and with knowledge

26  that the report and statement were untrue, and said report and statement were material to HUD's

27  activities and decisions regarding the payment of Section 8 housing funds to LOWE from in or

28  about January 1999 until in or about December 2006, all in continuing violation through

SUPERSEDING INFORMATION
CR 07-0555 WHA

1  December 2006 of Title 18, United States Code, Section 1012.

3  DATED: January 23, 2008                JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          Kyle F. Waldinger, Deputy Chief for
                                          GREGG W. LOWDER
                                          Chief, Major Crimes Section

8  (Approved as to form: _____)
                         ERIKA R. FRICK
9                        Assistant United States Attorney

SUPERSEDING INFORMATION
CR 07-0555 WHA

## CERTIFICATE OF SERVICE

<u>United States v. HELEN LOWE</u>

CR 07-0555 WHA

The undersigned hereby certifies that he is an employee of the Office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that he caused a copy of:

**Title 18, United States Code, Section 1012 - Making False Report or Statement to the Department of Housing & Urban Development (Class A Misdemeanor)**

in the above-referenced case, to be served on the party in this action by United States mail at San Francisco, California. to the party addressed as follows:

1.
>
> **Darryl Antonio Stallworth**
> **1330 Broadway, #1701**
> **Oakland, CA 94612**
> **(510)893-9465**
> *LEAD ATTORNEY*
> *ATTORNEY TO BE NOTICED*
> *Designation: Retained*

I declare under penalty of perjury that the foregoing is true and correct.

February 6, 2008

M. Elizabeth Garcia
Legal Assistant U.S. Attorney's Office