# EXHIBIT A

# HOUSING ASSISTANCE PAYMENT (HAP) ANALYSIS

| VENDOR : Helen Lowe, #930 |
| --- |

| CLIENT: La'uton Joshua, #906709 |
| --- |

| Date of Check | Check Number | Paid HAP |
| --- | --- | --- |
| 8/1/2006 | 3655 | $ 1,243.00 |
| 7/1/2006 | 2522 | 1,243.00 |
| 6/1/2006 | 1510 | 1,504.00 |
| 5/1/2006 | 665756 | 1,504.00 |
| 4/1/2006 | 663229 | 1,504.00 |
| 3/1/2006 | 659076 | 1,504.00 |
| 2/1/2006 | 654917 | 1,504.00 |
| 1/1/2006 | 650669 | 1,504.00 |
| 12/1/2005 | 646516 | 1,504.00 |
| 11/1/2005 | 642382 | 1,504.00 |
| 10/1/2005 | 638104 | 1,504.00 |
| 9/1/2005 | 633842 | 1,504.00 |
| 8/1/2005 | 629459 | 1,504.00 |
| 7/1/2005 | 625116 | 1,504.00 |
| 6/1/2005 | 620784 | 1,504.00 |
| 5/1/2005 | 616454 | 1,504.00 |
| 4/1/2005 | 612117 | 1,504.00 |
| 3/1/2005 | 607595 | 1,504.00 |
| 2/1/2005 | 603305 | 1,504.00 |
| 1/1/2005 | 598899 | 1,504.00 |
| 12/1/2004 | 594389 | 1,504.00 |
| 11/1/2004 | 590096 | 1,504.00 |
| 10/1/2004 | 585649 | 1,504.00 |
| 9/17/2004 | 583436 | 1,504.00 |
| 8/1/2004 | 576624 | 1,504.00 |
| 7/1/2004 | 572171 | 1,504.00 |
| 6/1/2004 | 567784 | 1,504.00 |
| 5/1/2004 | 563376 | 1,504.00 |
| 4/1/2004 | 558864 | 1,504.00 |
| 3/1/2004 | 554339 | 1,504.00 |
| 2/1/2004 | 550023 | 1,504.00 |
| 1/1/2004 | 545607 | 1,504.00 |
| 12/1/2003 | 541224 | 1,504.00 |
| 11/1/2003 | 536923 | 1,504.00 |
| 10/1/2003 | 532472 | 1,504.00 |
| 9/1/2003 | 528064 | 1,504.00 |
| 8/1/2003 | 523720 | 1,504.00 |
| 7/1/2003 | 519450 | 1,504.00 |
| 6/1/2003 | 515067 | 1,504.00 |
| 5/1/2003 | 510751 | 1,504.00 |
| 4/1/2003 | 506449 | 1,504.00 |
| 3/1/2003 | 502232 | 1,504.00 |
| 2/1/2003 | 498116 | 1,504.00 |
| 1/1/2003 | 494173 | 1,504.00 |
| 12/1/2002 | 490294 | 1,504.00 |
| 11/1/2002 | 486606 | 1,504.00 |

# HOUSING ASSISTANCE PAYMENT (HAP) ANALYSIS

| VENDOR : Helen Lowe, #930 |
|---|

| CLIENT: La'uton Joshua, #906709 |
|---|

| Date of Check | Check Number | Paid HAP |
|---|---|---|
| 10/1/2002 | 482919 | 1,504.00 |
| 9/1/2002 | 479298 | 1,504.00 |
| 8/1/2002 | 475686 | 1,504.00 |
| 7/1/2002 | 472146 | 1,504.00 |
| 6/1/2002 | 468688 | 1,504.00 |
| 5/1/2002 | 465176 | 1,504.00 |
| 4/1/2002 | 461723 | 1,504.00 |
| 3/1/2002 | 458240 | 1,504.00 |
| 2/1/2002 | 454720 | 1,504.00 |
| 1/1/2002 | 451219 | 1,504.00 |
| 12/1/2001 | 447846 | 1,504.00 |
| 11/1/2001 | 444566 | 1,483.00 |
| 10/1/2001 | 441235 | 1,483.00 |
| 9/1/2001 | 437958 | 1,483.00 |
| 8/1/2001 | 434738 | 1,483.00 |
| 7/1/2001 | 431489 | 1,483.00 |
| 6/1/2001 | 428225 | 1,483.00 |
| 5/1/2001 | 424892 | 1,483.00 |
| 4/13/2001 | 423430 | 3,100.00 |
| 4/1/2001 | 421541 | 708.00 |
| 3/1/2001 | 423430 | 708.00 |
| 2/1/2001 | 414676 | 708.00 |
| 1/1/2001 | 411207 | 708.00 |
| 12/1/2000 | 407722 | 1,075.00 |
| 11/1/2000 | 404284 | 1,075.00 |
| 10/1/2000 | 400829 | 1,075.00 |
| 9/1/2000 | 397423 | 1,075.00 |
| 8/1/2000 | 394069 | 1,075.00 |
| 7/1/2000 | 390747 | 1,075.00 |
| 6/12/2000 | 388925 | 444.00 |
| 6/1/2000 | 387263 | 1,001.00 |
| 5/1/2000 | 384217 | 1,001.00 |
| 4/1/2000 | 381191 | 1,001.00 |
| 3/1/2000 | 378163 | 1,001.00 |
| 2/1/2000 | 375155 | 1,001.00 |
| 1/1/2000 | 372191 | 1,001.00 |
| 12/1/1999 | 369219 | 988.00 |
| 11/1/1999 | 366234 | 988.00 |
| 10/1/1999 | 363213 | 988.00 |
| 9/1/1999 | 360240 | 988.00 |
| 8/1/1999 | 357276 | 988.00 |
| 7/1/1999 | 354279 | 988.00 |
| 6/1/1999 | 351302 | 988.00 |
| 5/1/1999 | 348416 | 988.00 |
| 4/1/1999 | 345536 | 988.00 |
| 3/1/1999 | 342683 | 988.00 |

# HOUSING ASSISTANCE PAYMENT (HAP) ANALYSIS

| VENDOR : Helen Lowe, #930 |
| --- |

| CLIENT: La'uton Joshua, #906709 |
| --- |

| Date of Check | Check Number | Paid HAP |
| --- | --- | --- |
| 2/1/1999 | 339833 | 988.00 |
| 1/1/1999 | 337007 | 1,647.00 |
| 12/1/1998 | 334234 | 790.00 |
| 11/1/1998 | 331515 | 790.00 |
| 10/1/1998 | 328607 | 790.00 |
| 9/1/1998 | 325757 | 790.00 |
| 8/1/1998 | 322923 | 790.00 |
| 7/1/1998 | 320141 | 790.00 |
| 6/1/1998 | 317346 | 790.00 |
| 5/1/1998 | 314583 | 790.00 |
| 4/1/1998 | 311867 | 790.00 |
| 3/1/1998 | 309177 | 790.00 |
| 2/1/1998 | 306498 | 790.00 |
| 1/1/1998 | 303101 | 790.00 |
| 12/1/1997 | 300433 | 670.00 |
| 11/1/1997 | 297759 | 670.00 |
| 10/1/1997 | 295087 | 670.00 |
| 9/1/1997 | 292417 | 670.00 |
| 8/1/1997 | 289729 | 670.00 |
| 7/1/1997 | 287038 | 670.00 |
| 6/1/1997 | 284242 | 670.00 |
| 5/1/1997 | 281540 | 670.00 |
| 4/1/1997 | 278804 | 670.00 |
| 3/1/1997 | 276077 | 670.00 |
| 2/17/1997 | 8982 | 120.00 |
| 2/1/1997 | 273368 | 610.00 |
| 1/1/1997 | 270642 | 610.00 |
| 12/1/1996 | 267920 | 792.00 |
| 11/1/1996 | 265183 | 792.00 |
| 10/1/1996 | 262433 | 792.00 |
| 9/1/1996 | 259705 | 792.00 |
| 8/1/1996 | 256965 | 792.00 |
| 7/1/1996 | 254191 | 792.00 |
| 6/1/1996 | 251453 | 792.00 |
| 5/1/1996 | 248739 | 792.00 |
| 4/1/1996 | 246611 | 792.00 |
| 3/1/1996 | 243910 | 792.00 |
| 2/1/1996 | 241221 | 792.00 |
| 1/1/1996 | 238554 | 597.00 |
| 12/8/1995 | 5170 | 597.00 |
| 11/1/1995 | 5170 | 597.00 |
| 10/1/1995 | 229958 | 597.00 |
| 9/1/1995 | 227375 | 597.00 |
| 8/1/1995 | 224726 | 597.00 |
| 7/1/1995 | 221881 | 597.00 |
| 6/19/1995 | 220458 | 28.00 |

# HOUSING ASSISTANCE PAYMENT (HAP) ANALYSIS

| VENDOR : Helen Lowe, #930 |
| --- |

| CLIENT: La'uton Joshua, #906709 |
| --- |

| Date of Check | Check Number | Paid HAP |
| --- | --- | --- |
| 6/1/1995 | 219164 | 597.00 |
| 5/1/1995 | 216677 | 569.00 |
| 4/1/1995 | 214222 | 569.00 |
| 3/1/1995 | 211798 | 569.00 |
| 2/1/1995 | 209364 | 569.00 |
| 1/1/1995 | 206927 | 569.00 |
| 12/1/1994 | 204448 | 569.00 |
| 11/1/1994 | 202055 | 569.00 |
| 10/1/1994 | 199643 | 569.00 |
| 9/1/1994 | 197250 | 569.00 |
| 8/1/1994 | 194361 | 569.00 |
|  | **Total** | **$ 163,660.00** |

```
    Vend# 000930              Description or sort name LOWE, HELEN
                         NOTES ON FILE
(C)                           Vendor Payments
       Mode:                 #Lines:49
Ln# D A Check# Bank     Check Dt   Check Amt   Total HAP   Pos. Adj.   Neg. Adj.   HW
001   A 003655 S8       08/01/06   1,243.00    1,243.00        0.00        0.00
002   A 002522 S8       07/01/06   1,243.00    1,243.00        0.00        0.00
003   A 001510 S8       06/01/06   1,504.00    1,504.00        0.00        0.00
004   A 665756 S8       05/01/06   1,504.00    1,504.00        0.00        0.00
005     663229 S8       04/01/06   1,504.00    1,504.00        0.00        0.00
006     659076 S8       03/01/06   1,504.00    1,504.00        0.00        0.00
007     654917 S8       02/01/06   1,504.00    1,504.00        0.00        0.00
008     Z51956 S8       01/20/06       0.00    1,504.00        0.00   -1,504.00
009     650669 S8       01/01/06   1,504.00    1,504.00        0.00        0.00
010     646516 S8       12/01/05   1,504.00    1,504.00        0.00        0.00
011     642382 S8       11/01/05   1,504.00    1,504.00        0.00        0.00
012     638104 S8       10/01/05   1,504.00    1,504.00        0.00        0.00
013     633842 S8       09/01/05   1,504.00    1,504.00        0.00        0.00
014     629459 S8       08/01/05   1,504.00    1,504.00        0.00        0.00
```

Valid modes are: ./ACDILSOMRU123456?. 123456 same as ACDILS. .update
/exit Add Change Delete Insert Look Search cOpy Move soRt Undo_sort ?help.

Vend# 000930           Description or sort name LOWE, HELEN
                       NOTES ON FILE
(C)                    Vendor Payments
            Mode:C Line#:15    #Lines:49
Ln# D A Check# Bank      Check Dt    Check Amt    Total HAP    Pos. Adj.    Neg. Adj.    HW
015     625116 S8       07/01/05       704.00     1,504.00        0.00       -800.00
016     620784 S8       06/01/05     1,904.00     1,904.00        0.00          0.00
017     616454 S8       05/01/05     1,904.00     1,904.00        0.00          0.00
018     612117 S8       04/01/05     1,904.00     1,904.00        0.00          0.00
019     607595 S8       03/01/05     1,904.00     1,904.00        0.00          0.00
020     603305 S8       02/01/05     1,904.00     1,904.00        0.00          0.00
021     598899 S8       01/01/05     1,904.00     1,904.00        0.00          0.00
022     594389 S8       12/01/04     1,904.00     1,904.00        0.00          0.00
023     590096 S8       11/01/04     1,904.00     1,904.00        0.00          0.00
024     585649 S8       10/01/04     1,911.00     1,911.00        0.00          0.00
025     583436 S8       09/17/04     1,911.00         0.00    1,911.00          0.00
026     581078 S8     V*09/01/04     1,911.00     1,911.00        0.00          0.00
027     576624 S8       08/01/04     1,911.00     1,911.00        0.00          0.00
028     572171 S8       07/01/04     1,911.00     1,911.00        0.00          0.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

```
     Vend# 000930          Description or sort name LOWE, HELEN
                        NOTES ON FILE
(C)                         Vendor Payments
           Mode:C Line#:29   #Lines:49
Ln# D A Check# Bank      Check Dt   Check Amt   Total HAP   Pos. Adj.   Neg. Adj.   HW
029      567784 S8      06/01/04    1,911.00    1,911.00      0.00        0.00
030      563376 S8      05/01/04    1,911.00    1,911.00      0.00        0.00
031      558864 S8      04/01/04    1,911.00    1,911.00      0.00        0.00
032      554339 S8      03/01/04    1,911.00    1,911.00      0.00        0.00
033      550023 S8      02/01/04    1,911.00    1,911.00      0.00        0.00
034      545607 S8      01/01/04    1,911.00    1,911.00      0.00        0.00
035      541224 S8      12/01/03    1,911.00    1,911.00      0.00        0.00
036      536923 S8      11/01/03    1,911.00    1,911.00      0.00        0.00
037      532472 S8      10/01/03    1,911.00    1,911.00      0.00        0.00
038      528064 S8      09/01/03    1,911.00    1,911.00      0.00        0.00
039      523720 S8      08/01/03    1,911.00    1,911.00      0.00        0.00
040      519450 S8      07/01/03    1,911.00    1,911.00      0.00        0.00
041      515067 S8      06/01/03    1,911.00    1,911.00      0.00        0.00
042      510751 S8      05/01/03    1,911.00    1,911.00      0.00        0.00
```

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

pts94 CCSS8 2.3.4                                                      08/03 13:50

```
    Vend# 000930            Description or sort name LOWE, HELEN
                            NOTES ON FILE
(C)                         Vendor Payments
         Mode:C Line#:43   #Lines:49
Ln# D A Check# Bank      Check Dt   Check Amt   Total HAP   Pos. Adj.   Neg. Adj.   HW
043      506449 S8       04/01/03   1,911.00    1,911.00         0.00        0.00
044      502232 S8       03/01/03   1,911.00    1,911.00         0.00        0.00
045      498116 S8       02/01/03   1,911.00    1,911.00         0.00        0.00
046      494173 S8       01/01/03   1,911.00    1,911.00         0.00        0.00
047      490294 S8       12/01/02   1,911.00    1,911.00         0.00        0.00
048      486606 S8       11/01/02   1,911.00    1,911.00         0.00        0.00
049      482919 S8       10/01/02   1,911.00    1,911.00         0.00        0.00
```

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

Vend# 000930      Description or sort name LOWE, HELEN

(C)              Vendor Payments
    Mode:        #Lines:57

| Ln# | D | A | Check# | Bank | Check Dt | Check Amt | Total HAP | Pos. Adj. | Neg. Adj. | HW |
|-----|---|---|--------|------|----------|-----------|-----------|-----------|-----------|----|
| 001 | | | 482919 | S8 | 10/01/02 | 1,911.00 | 1,911.00 | 0.00 | 0.00 | |
| 002 | | | 479298 | S8 | 09/01/02 | 1,911.00 | 1,911.00 | 0.00 | 0.00 | |
| 003 | | | 475686 | S8 | 08/01/02 | 1,911.00 | 1,911.00 | 0.00 | 0.00 | |
| 004 | | | 472146 | S8 | 07/01/02 | 2,042.00 | 2,042.00 | 0.00 | 0.00 | |
| 005 | | | 468688 | S8 | 06/01/02 | 2,042.00 | 2,042.00 | 0.00 | 0.00 | |
| 006 | | | 465176 | S8 | 05/01/02 | 2,042.00 | 2,042.00 | 0.00 | 0.00 | |
| 007 | | | 461723 | S8 | 04/01/02 | 2,042.00 | 2,042.00 | 0.00 | 0.00 | |
| 008 | | | 458240 | S8 | 03/01/02 | 2,042.00 | 2,042.00 | 0.00 | 0.00 | |
| 009 | | | 454720 | S8 | 02/01/02 | 2,042.00 | 2,042.00 | 0.00 | 0.00 | |
| 010 | | | 451219 | S8 | 01/01/02 | 2,042.00 | 2,042.00 | 0.00 | 0.00 | |
| 011 | | | 447846 | S8 | 12/01/01 | 2,042.00 | 2,042.00 | 0.00 | 0.00 | |
| 012 | | | Z03642 | S8 | 11/09/01 | 0.00 | 538.00 | 5,918.00 | -6,456.00 | |
| 013 | | | 444566 | S8 | 11/01/01 | 2,021.00 | 2,021.00 | 0.00 | 0.00 | |
| 014 | | | 441235 | S8 | 10/01/01 | 2,021.00 | 2,021.00 | 0.00 | 0.00 | |

Valid modes are: ./ACDILSOMRU123456?. 123456 same as ACDILS. .update
/exit Add Change Delete Insert Look Search cOpy Move soRt Undo_sort ?help.

```
     Vend# 000930        Description or sort name LOWE, HELEN

(C)                           Vendor Payments
          Mode:C Line#:15   #Lines:57
Ln# D A Check# Bank     Check Dt   Check Amt    Total HAP    Pos. Adj.    Neg. Adj.    HW
015     437958 S8      09/01/01    3,056.00     2,021.00     4,842.00    -3,807.00
016     Z92343 S8      08/24/01        0.00       423.00     3,384.00    -3,807.00
017     Z90740 S8      08/10/01        0.00       423.00     3,384.00    -3,807.00
018     434738 S8      08/01/01    1,906.00     1,906.00         0.00         0.00
019     431489 S8      07/01/01    1,906.00     1,906.00         0.00         0.00
020     428225 S8      06/01/01    1,906.00     1,906.00         0.00         0.00
021     424892 S8      05/01/01    1,906.00     1,906.00         0.00         0.00
022     423430 S8      04/13/01    3,100.00     1,483.00     4,449.00    -2,832.00
023     421541 S8      04/01/01    1,131.00     1,131.00         0.00         0.00
024     418093 S8      03/01/01    1,131.00     1,131.00         0.00         0.00
025     Z76238 S8      02/16/01        0.00       708.00       708.00    -1,416.00
026     414676 S8      02/01/01    1,131.00     1,131.00         0.00         0.00
027     411207 S8      01/01/01    1,131.00     1,131.00         0.00         0.00
028     409671 S8      12/08/00       16.00       423.00         0.00      -407.00
```

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

Vend# 000930        Description or sort name LOWE, HELEN

(C)                              Vendor Payments
       Mode:C Line#:29    #Lines:57
Ln# D A Check# Bank     Check Dt    Check Amt    Total HAP    Pos. Adj.    Neg. Adj.    HW
029     407722 S8      12/01/00     1,482.00     1,482.00        0.00         0.00
030     404284 S8      11/01/00     1,482.00     1,482.00        0.00         0.00
031     400829 S8      10/01/00     1,482.00     1,482.00        0.00         0.00
032     397423 S8      09/01/00     1,482.00     1,482.00        0.00         0.00
033     394069 S8      08/01/00     1,482.00     1,482.00        0.00         0.00
034     390747 S8      07/01/00     1,482.00     1,482.00        0.00         0.00
035     388925 S8      06/12/00       444.00     1,075.00     5,375.00    -6,006.00
036     387263 S8      06/01/00     1,408.00     1,408.00        0.00         0.00
037     384217 S8      05/01/00     1,408.00     1,408.00        0.00         0.00
038     381191 S8      04/01/00     1,408.00     1,408.00        0.00         0.00
039     378163 S8      03/01/00     1,408.00     1,408.00        0.00         0.00
040     375155 S8      02/01/00     1,408.00     1,408.00        0.00         0.00
041     372191 S8      01/01/00     1,408.00     1,408.00        0.00         0.00
042     369219 S8      12/01/99     1,395.00     1,395.00        0.00         0.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

```
      Vend# 000930           Description or sort name LOWE, HELEN

(C)                             Vendor Payments
              Mode:C Line#:43   #Lines:57
Ln# D A Check# Bank     Check Dt   Check Amt   Total HAP   Pos. Adj.   Neg. Adj.   HW
043     366234 S8       11/01/99    1,422.00    1,422.00        0.00        0.00
044     363213 S8       10/01/99    1,422.00    1,422.00        0.00        0.00
045     360240 S8     V*09/01/99      424.00    1,422.00        0.00     -998.00
046     357276 S8       08/01/99    2,303.00    2,303.00        0.00        0.00
047     354279 S8       07/01/99    2,303.00    2,303.00        0.00        0.00
048     351302 S8       06/01/99    2,303.00    2,303.00        0.00        0.00
049     348416 S8       05/01/99    2,303.00    2,303.00        0.00        0.00
050     345536 S8       04/01/99    2,303.00    2,303.00        0.00        0.00
051     342683 S8       03/01/99    2,303.00    2,303.00        0.00        0.00
052     339833 S8       02/01/99    2,303.00    2,303.00        0.00        0.00
053     337007 S8       01/01/99    2,962.00    2,303.00      659.00        0.00
054     335558 S8       12/11/98      796.00      434.00      362.00        0.00
055     334234 S8       12/01/98    1,671.00    1,671.00        0.00        0.00
056     331515 S8       11/01/98    1,671.00    1,671.00        0.00        0.00
```

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

Vend# 000930        Description or sort name LOWE, HELEN

(C)                              Vendor Payments
          Mode:C Line#:1    #Lines:0
Ln# D A Check# Bank    Check Dt    Check Amt    Total HAP    Pos. Adj.    Neg. Adj.    HW
001    334234 S8      12/01/98     1,671.00     1,671.00        0.00         0.00
002    331515 S8      11/01/98     1,671.00     1,671.00        0.00         0.00
003    328607 S8      10/01/98     1,671.00     1,671.00        0.00         0.00
004    325757 S8      09/01/98     1,692.00     1,692.00        0.00         0.00
005    322923 S8      08/01/98     1,692.00     1,692.00        0.00         0.00
006    320141 S8      07/01/98     1,692.00     1,692.00        0.00         0.00
007    317346 S8      06/01/98     1,692.00     1,692.00        0.00         0.00
008    314583 S8      05/01/98     1,692.00     1,692.00        0.00         0.00
009    311867 S8      04/01/98     1,692.00     1,692.00        0.00         0.00
010    309177 S8      03/01/98     1,692.00     1,692.00        0.00         0.00
011    306498 S8      02/01/98     1,692.00     1,692.00        0.00         0.00
012    303101 S8      01/01/98     1,692.00     1,692.00        0.00         0.00
013    300433 S8      12/01/97     1,545.00     1,545.00        0.00         0.00
014    297759 S8      11/01/97     1,545.00     1,545.00        0.00         0.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

Vend# 000930        Description or sort name LOWE, HELEN

(C)                          Vendor Payments
        Mode:C Line#:15   #Lines:59
Ln# D A Check# Bank    Check Dt   Check Amt   Total HAP   Pos. Adj.   Neg. Adj.   HW
015     295087 S8      10/01/97    1,545.00    1,545.00        0.00        0.00
016     292417 S8      09/01/97    1,545.00    1,545.00        0.00        0.00
017     289729 S8      08/01/97    1,545.00    1,545.00        0.00        0.00
018     287038 S8      07/01/97    1,545.00    1,545.00        0.00        0.00
019     284242 S8      06/01/97    1,545.00    1,545.00        0.00        0.00
020     281540 S8      05/01/97    1,545.00    1,545.00        0.00        0.00
021     278804 S8      04/01/97    1,545.00    1,545.00        0.00        0.00
022     276077 S8      03/01/97    1,545.00    1,545.00        0.00        0.00
023     008982 S8      02/07/97      120.00      670.00      670.00   -1,220.00
024     273368 S8      02/01/97    1,485.00    1,485.00        0.00        0.00
025     008842 S8      01/17/97       18.00      875.00        0.00     -857.00
026     270642 S8      01/01/97    1,467.00    1,467.00        0.00        0.00
027     267920 S8      12/01/96    1,649.00    1,649.00        0.00        0.00
028     265183 S8      11/01/96    1,649.00    1,649.00        0.00        0.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

     Vend# 000930        Description or sort name LOWE, HELEN

(C)                          Vendor Payments
         Mode:C Line#:29   #Lines:59
Ln# D A Check# Bank    Check Dt    Check Amt   Total HAP   Pos. Adj.   Neg. Adj.   HW
029     262433 S8      10/01/96    1,649.00    1,649.00        0.00        0.00
030     259705 S8      09/01/96    1,649.00    1,649.00        0.00        0.00
031     256965 S8      08/01/96    1,649.00    1,649.00        0.00        0.00
032     254191 S8      07/01/96    1,649.00    1,649.00        0.00        0.00
033     251453 S8      06/01/96    1,649.00    1,649.00        0.00        0.00
034     248739 S8      05/01/96    1,743.00    1,743.00        0.00        0.00
035     246611 S8      04/01/96    1,743.00    1,743.00        0.00        0.00
036     243910 S8      03/01/96    1,743.00    1,743.00        0.00        0.00
037     241221 S8      02/01/96    1,743.00    1,743.00        0.00        0.00
038     238554 S8      01/01/96    1,548.00    1,548.00        0.00        0.00
039     005170 S8      12/08/95    1,194.00      597.00      597.00        0.00
040     235913 S8      12/01/95      886.00      951.00      951.00   -1,016.00
041     233285 S8      11/01/95    1,016.00    1,016.00        0.00        0.00
042     229958 S8      10/01/95   12,117.00    1,557.00   10,560.00        0.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

```
Vend# 000930          Description or sort name LOWE, HELEN

(C)                              Vendor Payments
        Mode:C Line#:43   #Lines:59
Ln# D A Check# Bank     Check Dt   Check Amt   Total HAP   Pos. Adj.   Neg. Adj.   HW
043    004341 S8       09/18/95   13,440.00      960.00   12,480.00        0.00
044    227375 S8       09/01/95      597.00      597.00        0.00        0.00
045    224726 S8       08/01/95      597.00      597.00        0.00        0.00
046    221881 S8       07/01/95      597.00      597.00        0.00        0.00
047    220458 S8       06/19/95       28.00      597.00        0.00     -569.00
048    219164 S8       06/01/95      569.00      569.00        0.00        0.00
049    216677 S8       05/01/95      569.00      569.00        0.00        0.00
050    214222 S8       04/01/95      569.00      569.00        0.00        0.00
051    211798 S8       03/01/95      569.00      569.00        0.00        0.00
052    209364 S8       02/01/95      569.00      569.00        0.00        0.00
053    206927 S8       01/01/95      569.00      569.00        0.00        0.00
054    204448 S8       12/01/94      569.00      569.00        0.00        0.00
055    202055 S8       11/01/94      569.00      569.00        0.00        0.00
056    199643 S8       10/01/94      569.00      569.00        0.00        0.00
```

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

pts9 TESTS8 2.3.4                                                      08/11 13:00

    Vend# 000930          Description or sort name LOWE, HELEN

(C)                          Vendor Payments
        Mode:C Line#:57  #Lines:59
Ln# D A Check# Bank     Check Dt  Check Amt  Total HAP  Pos. Adj.  Neg. Adj.  HW
057    197250 S8      09/01/94     569.00     569.00       0.00       0.00
058    195659 S8      08/23/94       0.00       0.00       0.00       0.00
059    194361 S8      08/01/94     569.00     569.00       0.00       0.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

8/15/2007    2:40:10 PM



HOUSING AUTHORITY OF CITY &
COUNTY OF SAN FRANCISCO
440 TURK STREET
SAN FRANCISCO, CALIF. 94102
HOUSING ASSISTANCE PAYMENTS

usbank
940 NINTH STREET
SACRAMENTO, CA 95814
90-2287/1211

| DATE | CHECK NO. | PAY THIS AMOUNT |
|------|-----------|-----------------|
| 04/01/06 | 663229 | ****1,504.00 |

ONE-THOUSAND FIVE-HUNDRED FOUR DOLLARS AND NO CENTS

PAY TO THE ORDER OF

VOID AFTER 90 DAYS

HELEN LOWE   000930
P.O. BOX 320644
SAN FRANCISCO, CA 94132

George R. Brown

⑈663229⑈ ⑆121122676⑆ 153492569972⑈     ⑈0000150400⑈

ENDORSE HERE
X

DO NOT WRITE OR STAMP BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION ONLY

123000229 04102006 5037
S/T 090 ID 05 PKT 7
ACCT ??????????????
5834418749

| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 663229 | $1,504.00 | 4/10/2006 | 4/1/2006 |

| Customer Data | | GL Category | CD VolID/CIMS Key | CD Label |
|---------------|--|-------------|-------------------|----------|
| | | | 20060430161701 | 20060430161701 |

8/15/2007    2:39:14 PM



**NOTICE TO CASHIER: BE SURE WATERMARK IS ON REVERSE SIDE BEFORE CASHING**

HOUSING AUTHORITY OF CITY &
COUNTY OF SAN FRANCISCO
440 TURK STREET
SAN FRANCISCO, CALIF. 94102
HOUSING ASSISTANCE PAYMENTS

**usbank**
980 NINTH STREET
SACRAMENTO, CA 95814
90-2267/1211

| DATE | CHECK NO. | PAY THIS AMOUNT |
|------|-----------|-----------------|
| 03/01/06 | 659076 | ****1,504.00 |

ONE-THOUSAND FIVE-HUNDRED FOUR DOLLARS AND NO CENTS

PAY TO THE ORDER OF

**VOID AFTER 90 DAYS**

HELEN LOWE    000930
P.O. BOX 320644
SAN FRANCISCO, CA 94132

George R. Brown

⑈659076⑈ ⑆121122676⑆ 153492569972⑈          ⑈0000150400⑈

---

| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 659076 | $1,504.00 | 3/3/2006 | 3/1/2006 |

**Customer Data**     **GL Category**     **CD VoiID/CIMS Key**     **CD Label**
                                          20060331230701          20060331230701

---



| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 654917 | $1,504.00 | 2/17/2006 | 2/1/2006 |

**Customer Data**

| | | GL Category | CD VolID/CIMS Key | CD Label |
|--|--|-------------|-------------------|----------|
| | | | 20060228175101 | 20060228175101 |

8/15/2007    2:35:47 PM



Loc. | Acct # | Check # | Amount | Paid Date | Issue Date
---|---|---|---|---|---
CD | 153492569972 | 646516 | $1,504.00 | 12/23/2005 | 12/1/2005

**Customer Data** | **GL Category** | **CD VoilD/CIMS Key** | **CD Label**
---|---|---|---
 | | 20051231023901 | 20051231023901

8/15/2007    2:33:16 PM



**US bank**
980 NINTH STREET
SACRAMENTO, CA 95814
90-2287/1211

HOUSING AUTHORITY OF CITY &
COUNTY OF SAN FRANCISCO
440 TURK STREET
SAN FRANCISCO, CALIF. 94102
HOUSING ASSISTANCE PAYMENTS

| DATE | CHECK NO. | PAY THIS AMOUNT |
|------|-----------|-----------------|
| 10/01/05 | 638104 | ****1,504.00 |

ONE-THOUSAND FIVE-HUNDRED FOUR DOLLARS AND NO CENTS

PAY TO THE ORDER OF

VOID AFTER 90 DAYS

HELEN LOWE   000930
20 ALVISO ST
SAN FRANCISCO, CA 94127

George R. Brown

⑈638104⑈ ⑈121122676⑈ 153492569972⑈    ⑈0000150400⑈

---

BANK OF AMERICA NB SFC
▶121000358∢ E3485 90 34

1660809964

123400820 16212005 5157
S/T 990 10 05 PKT 7
ACCT ?????????????
5832817400

---

| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 638104 | $1,504.00 | 10/21/2005 | 10/1/2005 |

| Customer Data | | GL Category | CD VolID/CIMS Key | CD Label |
|---------------|---|-------------|-------------------|----------|
| | | | 20051031193101 | 20051031193101 |

---



| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date | |
|------|--------|---------|--------|-----------|-----------|---|
| CD | 153492569972 | 633842 | $1,504.00 | 9/13/2005 | 9/1/2005 | |
| **Customer Data** | | | **GL Category** | **CD VoiID/CIMS Key** | **CD Label** | |
| | | | | 20050930155201 | 20050930155201 | |

8/15/2007    2:30:39 PM



HOUSING AUTHORITY OF CITY &
COUNTY OF SAN FRANCISCO
440 TURK STREET
SAN FRANCISCO, CALIF. 94102
HOUSING ASSISTANCE PAYMENTS

**US bank**    980 NINTH STREET
SACRAMENTO, CA 95814    90-2267/1211

| DATE | CHECK NO. | PAY THIS AMOUNT |
|------|-----------|-----------------|
| 08/01/05 | 629459 | ****1,504.00 |

ONE-THOUSAND FIVE-HUNDRED FOUR DOLLARS AND NO CENTS

PAY TO THE ORDER OF

VOID AFTER 90 DAYS

HELEN LOWE   000930
70 ALVISO ST
SAN FRANCISCO, CA 94127

George R. Brown

⑈629459⑈ ⑆121122676⑆ 1534925699972⑈    ⑆0000150400⑈

---

| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 629459 | $1,504.00 | 8/19/2005 | 8/1/2005 |

| Customer Data | | GL Category | CD VolID/CIMS Key | CD Label |
|---------------|---|-------------|-------------------|----------|
| | | | 20050831153701 | 20050831153701 |

---

8/15/2007    2:27:09 PM



HOUSING AUTHORITY OF CITY &
COUNTY OF SAN FRANCISCO
440 TURK STREET
SAN FRANCISCO, CALIF. 94102
HOUSING ASSISTANCE PAYMENTS

**usbank**    980 NINTH STREET
SACRAMENTO, CA 95814    90-2287/1211

| DATE | CHECK NO. | PAY THIS AMOUNT |
|------|-----------|-----------------|
| 07/01/05 | 625116 | *****704.00 |

SEVEN-HUNDRED FOUR DOLLARS AND NO CENTS

PAY TO THE ORDER OF

VOID AFTER 90 DAYS

HELEN LOWE    000930
70 ALVISO ST
SAN FRANCISCO, CA 94127

George R. Brown

⑈625116⑈ ⑆121122676⑇ 153492569972⑈    ⑆000000704000⑈

| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 625116 | $704.00 | 7/13/2005 | 7/1/2005 |

**Customer Data**

| | GL Category | CD VolID/CIMS Key | CD Label |
|--|-------------|-------------------|----------|
| | | 20050731220701 | 20050731220701 |



Loc.   Acct #          Check #   Amount      Paid Date   Issue Date
CD     153492569972   620784   $1,904.00   6/17/2005   6/1/2005
**Customer Data**                **GL Category**   **CD VolID/CIMS Key**   **CD Label**
                                                   20050630145201          20050630145201

8/15/2007    2:25:00 PM

NOTICE TO CASHIER: BE SURE WATERMARK IS ON REVERSE SIDE BEFORE CASHING

| | | **usbank** 980 NINTH STREET SACRAMENTO, CA 95814 | | 90-2207/1211 |
| HOUSING AUTHORITY OF CITY & COUNTY OF SAN FRANCISCO 440 TURK STREET SAN FRANCISCO, CALIF. 94102 HOUSING ASSISTANCE PAYMENTS | | DATE | CHECK NO. | PAY THIS AMOUNT |
| | | 05/01/05 | 616454 | ****1,904.00 |

ONE-THOUSAND NINE-HUNDRED FOUR DOLLARS AND NO CENTS

PAY TO THE ORDER OF

VOID AFTER 90 DAYS

HELEN LOWE  000930
70 ALVISO ST
SAN FRANCISCO, CA 94127

George R. Brown

⑈616454⑈ ⑆121122676⑆ 153492569972⑈    ⑈0000190400⑈

---

| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date | | |
|------|--------|---------|--------|-----------|------------|--|--|
| CD | 153492569972 | 616454 | $1,904.00 | 5/16/2005 | 5/1/2005 | | |
| **Customer Data** | | | **GL Category** | **CD VolID/CIMS Key** 20050531031001 | **CD Label** 20050531031001 | | |

8/15/2007    2:24:01 PM



---

| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 612117 | $1,904.00 | 4/18/2005 | 4/1/2005 |

| Customer Data | | GL Category | CD VoiID/CIMS Key | CD Label |
|---------------|--|-------------|-------------------|----------|
| | | | 20050430072501 | 20050430072501 |

---

Case 3:07-cr-00555-WHA    Document 20-2    Filed 05/13/2008    Page 30 of 46

| Bank Check# Check Date | Vendor | Payee.Name.(Check.Payable.to).......... Additional.Payee.Name.......... | #.Contrs | #.Adjnts | HAP.Total. Unit.Street.Address............... | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|---|---|---|---|---|---|---|---|---|
| | Contracts: | ACC Ty client Seq. | client Seq. Client.Name.(Last,.First.MI) | | Cd Adjustment.Description. | | Cur Bal... | HAP.Amount |
| | Adj.#. ..... | Adj. # ..... ACC Ty client Seq. | Client.Name.(Last,.First.MI) | | Adjustment.Description. | | Cur Bal... | Adj.Amount |
| SB  A008038 11/01/06 | 000930 | HELEN LOWE | | 1 | 0   1,243.00 | 0.00 | 0.00 | 1,243.00 |
| | Contracts: | V91 VR 906709 0032 | JOSHUA, LA'UTON R | | 151 MARGARET ST | 0.00 | 0.00 | 1,243.00 |
| SB  A024841 09/01/06 | 000930 | HELEN LOWE | | 1 | 0   1,243.00 | 0.00 | 0.00 | 1,243.00 |
| | Contracts: | V91 VR 906709 0032 | JOSHUA, LA'UTON R | | 151 MARGARET ST | 0.00 | 0.00 | 1,243.00 |
| SB  A006045 10/01/06 | 000930 | HELEN LOWE | | 1 | 0   1,243.00 | 0.00 | 0.00 | 1,243.00 |
| | Contracts: | V91 VR 906709 0032 | JOSHUA, LA'UTON R | | 151 MARGARET ST | 0.00 | 0.00 | 1,243.00 |
| SB  A035655 08/01/06 | 000930 | HELEN LOWE | | 1 | 0   1,243.00 | 0.00 | 0.00 | 1,243.00 |
| | Contracts: | V91 VR 906709 0032 | JOSHUA, LA'UTON R | | 151 MARGARET ST | 0.00 | 0.00 | 1,243.00 |
| SB  A002522 07/01/06 | 000930 | HELEN LOWE | | 1 | 0   1,243.00 | 0.00 | 0.00 | 1,243.00 |
| | Contracts: | V91 VR 906709 0032 | JOSHUA, LA'UTON R | | 151 MARGARET ST | 0.00 | 0.00 | 1,243.00 |
| SB  A001510 06/01/06 | 000930 | HELEN LOWE | | 1 | 0   1,504.00 | 0.00 | 0.00 | 1,504.00 |
| | Contracts: | V91 VR 906709 0031 | JOSHUA, LA'UTON R | | 151 MARGARET ST | 0.00 | 0.00 | 1,504.00 |
| SB  A665756 05/01/06 | 000930 | HELEN LOWE | | 1 | 0   1,504.00 | 0.00 | 0.00 | 1,504.00 |
| | Contracts: | V91 VR 906709 0031 | JOSHUA, LA'UTON R | | 151 MARGARET ST | 0.00 | 0.00 | 1,504.00 |



Report SBR540    Run 2136                                                                    15 AUG 2007 Page   1
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 04/01/2006 to 04/30/2006

SAN FRANCISCO HOUSING AUTHORITY

| Bank  Check# | Vendor | Payee.Name.(Check.Payable.to)........... | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
| Check Date | | Additional.Payee.Name.............. | | | | | | |
| Contracts: | | ACC  Ty  Client  Seq.  Client.Name.(Last,.First.MI) | | | Unit.Street.Address...... | | | HAP.Amount |
| | | ...  ..  ......  ....  ......................... | | | ....................... | | | ........... |
| Adjustments: | Adj.#. | ACC  Ty  Client  Seq.  Client.Name.(Last,.First.MI)  Cd  Adjustment.Description.. | | | Cur Bal... | | | Adj.Amount |
| | ...... | ...  ..  ......  ....  .........................  ..  ..................... | | | .......... | | | .......... |

| S8    A663229  000930 | HELEN LOME | | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
| 04/01/06 | | V91  VR  906709  0031  JOSHUA, LA'UTON R | | | 151 MARGARET ST | | | 1,504.00 |

Contracts:

SAN FRANCISCO HOUSING AUTHORITY

| Bank | Check# | Vendor | Payee.Name.(Check.Payable.to)........ | #.Contrs | #.Adjnts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|------|--------|--------|--------------------------------------|----------|----------|------------|------------|------------|-------------|
| Check.Date | | | Additional.Payee.Name........... | | | | | | |
| Contracts: | | | ACC  Ty  Client  Seq. | Client.Name.(Last.,First.Mi) | | Unit.Street.Address...... | | | HAP.Amount |
| | | | ...  ...  ......  .... | ............................. | | .......................... | | | .......... |
| Adjustments: | Adj.#. | | ACC  Ty  Client  Seq. | Client.Name.(Last.,First.Mi) | Cd | Adjustment.Description. | | Cur Bal... | Adj.Amount |
| | ...... | | ...  ..  ......  .... | ............................. | .. | .......................... | | .......... | .......... |

S8    A659076  000930  HELEN LOWE                                          1       0    1,504.00       0.00       0.00    1,504.00
03/01/06

    Contracts:              V91  VR  906709  0031  JOSHUA, LA'UTON R            151 MARGARET ST                                1,504.00

```
Report S8R540   Run 2136                    SAN FRANCISCO HOUSING AUTHORITY                    15 AUG 2007  Page   1
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Descending Check Date from 02/01/2006 to 02/28/2006
```

| Bank | Check# | Vendor | Payee.Name.(Check.Payable.to)......... | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|------|--------|--------|----------------------------------------|----------|----------|------------|------------|------------|-------------|
| Check Date | | | Additional.Payee.Name............... | | | | | | |

```
Contracts:         ACC  Ty  Client  Seq.  Client.Name.(Last,.First,.Mi)        Unit.Street.Address.............        HAP.Amount
                   ...  ..  ......  ...   ...............................      ...........................
Adjustments:  Adj.#.  ACC  Ty  Client  Seq.  Client.Name.(Last,.First,.Mi)  Cd  Adjustment.Description.    Cur.Bal...  Adj.Amount
              ......  ...  ..  ......  ...   ...........................     ..  .......................    ........  ........
```

| S8 | A654917 | 000930 | HELEN LOWE | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
|----|---------|--------|------------|---|---|----------|------|------|----------|
| 02/01/06 | | | | | | | | | |

```
   Contracts:        V91  VR  906709  0031  JOSHUA, LA'UTON R        151 MARGARET ST        1,504.00
```

Report SBR540   Run 2136                          SAN FRANCISCO HOUSING AUTHORITY                                    15 AUG 2007  Page   1
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Descending Check Date from 01/01/2006 to 01/31/2006

| Bank    Check#   Vendor-   Payee.Name.(Check.Payable.to)........   #.Contrs  #.Adjmts  HAP.Total.   Pos.Aj.Tot  Neg.Aj.Tot  Check.Total |
|---|
| Check Date                Additional.Payee.Name................ |
| Contracts:        ACC  Ty  Client  Seq.  Client.Name.(Last,.First.Mi)  Unit.Street.Address...........   HAP.Amount |
| Adjustments:   Adj.#.  ...  ...  ......  ....  Client.Name.(Last,.First.Mi)  Cd  Adjustment.Description..........   Adj.Amount |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **SB**      A251956   000930   HELEN LOWE                                    1         1       1,504.00     0.00     -1,504.00       0.00 |
| 01/20/06 |
| Contracts:      V91  VR  906709  0031  JOSHUA, LA'UTON R      151 MARGARET ST                     1,504.00 |
| Adjustments:  159769  V91  VR  906709  0031  JOSHUA, LA'UTON R   01  EXPIRED CONTRACTS              -1,504.00 |
| | | | | | | | 01/01/06-01/31/06 |
| **SB**      A650669   000930   HELEN LOWE                                    1         0       1,504.00     0.00      0.00       1,504.00 |
| 01/01/06  VOIDED |
| Contracts:      V91  VR  906709  0031  JOSHUA, LA'UTON R      151 MARGARET ST                     1,504.00 |

SBR540   Release CCSS8 5.3                                                        By pts2 CCSS8 for pts2 KAZIM on 15:10:29 AUG 15 2007

Report SBR540     Run 2136
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 12/01/2005 to 12/31/2005

SAN FRANCISCO HOUSING AUTHORITY
15 AUG 2007  Page   1

| Bank  Check# | Vendor | Payee.Name.(Check.Payable.to)......... | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
| Check Date | | Additional.Payee.Name.............. | | | | | | |

| Contracts: | | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.Mi) | | Unit.Street.Address........... | | | HAP.Amount |
| | | ... | ... | ..... | ..... | | | | | | ........ |

| Adjustments: | Adj.#. | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.Mi) | Cd | Adjustment.Description........ | Cur.Bal... | | Adj.Amount |
| | ...... | ... | ... | ..... | ..... | | .. | | | | ......... |

| S8 | A646516 | 000930 | HELEN LOWE | | | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
| 12/01/05 | | | | | | | | | | | |

| Contracts: | | V91 | VR | 906709 | 0031 | JOSHUA, LA'UTON R | | 151 MARGARET ST | | | 1,504.00 |

Report SBR540    Run 2136
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 11/01/2005 to 11/30/2005

SAN FRANCISCO HOUSING AUTHORITY

15 AUG 2007  Page   1

| Bank Check# Vendor | Payee.Name.(Check.Payable.to)......... | #.Contrs #.Adjmts | HAP.Total. | Pos.Aj.Tot Neg.Aj.Tot | Check.Total |
|---|---|---|---|---|---|
| Check Date | Additional.Payee.Name........... | | | | |
| Contracts: | ACC Ty Client Seq. | Client.Name.(Last.,First.MI) | Unit.Street.Address........... | | HAP.Amount |
| Adjustments: Adj.#. | ACC Ty Client Seq. | Client.Name.(Last.,First.MI) Cd | Adjustment.Description.., | Cur Bal... | Adj.Amount |
| ...... | ...... ... ...... | ..................... ... | ..................... | .......... | ........ |

SB   A642382 000930  HELEN LOWE                                    1        0    1,504.00       0.00       0.00    1,504.00
13/01/05  VOIDED

Contracts:    V91  VR  906709  0031  JOSHUA, LA'UTON R            151 MARGARET ST                                           1,504.00

Report SBR540    Run 2136                SAN FRANCISCO HOUSING AUTHORITY                        15 AUG 2007    Page    1
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 10/01/2005 to 10/31/2005

Bank Check#  Vendor    Payee.Name.(Check.Payable.to)..........  #.Contrs  #.Adjmts  HAP.Total.  Pos.Aj.Tot  Neg.Aj.Tot  Check.Total
Check Date             Additional.Payee.Name................

    Contracts:         ACC  Ty  Client  Seq.  Client.Name.(Last,.First,Mi)       Unit.Street.Address....               HAP.Amount
                       ...  ..  ......  ....  ............................       ....................               .........

    Adjustments:  Adj.#.  ACC  Ty  Client  Seq.  Client.Name.(Last,.First.Mi)  Cd  Adjustment.Description.  Cur.Bal...  Adj.Amount
                  ......  ...  ..  ......  ....  ...........................   ..  .....................  .........

SB  A638104  000930  HELEN LOWE                                      1         0    1,504.00      0.00       0.00     1,504.00
10/01/05

    Contracts:         V91  VR  906709  0031  JOSHUA, LATUTON R            151 MARGARET ST                         1,504.00

Report SBR540    Run 2136

SAN FRANCISCO HOUSING AUTHORITY

15 AUG 2007    Page   1

Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 09/01/2005 to 09/30/2005

| Bank | Check# | Vendor | Payee.Name.(Check.Payable.to).......... | | | | #.Contrs | #.Adjnts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|------|--------|--------|------------------------------------------|---|---|---|---------|---------|-----------|-----------|-----------|------------|
| Check.Date | | | Additional.Payee.Name... | | | | | | | | | |
| Contracts: | | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.Mi) | | | Unit.Street.Address............... | | | HAP.Amount |
| Adjustments: | Adj.#. | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.Mi) | Cd | Adjustment.Description. | Cur.Bal... | Adj.Amount |
| | ...... | ... | .. | ...... | ... | ............................. | .. | ........................ | ........ | ........ |

| S8 | A633842 | 000930 | HELEN LOWE | | | | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
|----|---------|--------|------------|---|---|---|---|---|----------|------|------|----------|
| 09/01/05 | | | | | | | | | | | | |
| | | V91 | VR | 906709 | 0031 | JOSHUA, LA'UTON R | | | 151 MARGARET ST | | | 1,504.00 |

Contracts:

Report SBR540  Run 2136
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 08/01/2005 to 08/31/2005

SAN FRANCISCO HOUSING AUTHORITY

15 AUG 2007  Page   1

| Bank   Check#   Vendor   Payee.Name.(Check.Payable.to)......... | #.Contrs  #.Adjnts  HAP.Total.  Pos.Aj.Tot  Neg.Aj.Tot  Check.Total |
| Check.Date                          Additional.Payee.Name....... | |

Contracts:

| ACC  Ty  Client  Seq.  Client.Name.(Last,.First.Mi) | Unit.Street.Address........ | HAP.Amount |
| ...  ...  ......  ....  ......................... | ................................ | .......... |

Adjustments:

| Adj.#.   ACC  Ty  Client  Seq.  Client.Name.(Last,.First.Mi)  Cd  Adjustment.Description.. | Cur Bal... | Adj.Amount |
| ......   ...  ..  ......  ....  .......................... ..  ..  .................... | ........ | .......... |

| SB  A629459  000930  HELEN LOWE | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
| 08/01/05 | | | | | | |

| V91  VR  906709  0031  JOSHUA, LA'UTON R | 151 MARGARET ST | 1,504.00 |

Contracts:

SBR540   Release CCSS8 5.3

Report SBR540    Run 2136                                SAN FRANCISCO HOUSING AUTHORITY                                    15 AUG 2007   Page    1
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 07/01/2005 to 07/31/2005

| Bank   Check#   Vendor   Payee.Name.(Check.Payable.to)............. | | #.Contrs   #.Adjnts   HAP.Total.   Pos.Aj.Tot   Neg.Aj.Tot   Check.Total |
|---|---|---|
| Check Date                   Additional.Payee.Name............. | | |

Contracts:            ACC   Ty   Client   Seq.   Client.Name.(Last,.First.Mi)      Unit.Street.Address...........                          HAP.Amount
                      ...   ...   ......   ...    ................................                                                          .........

Adjustments:     Adj.#.   ACC   Ty   Client   Seq.   Client.Name.(Last,.First.Mi)   Cd   Adjustment.Description......   Cur Bal...          Adj.Amount
                 ......   ...   ...   ......   ...    ................................   ..                                .........           .........

S8   A625116   000930   HELEN LOWE                                                    1           1      1,504.00        0.00      -800.00        704.00
07/01/05

Contracts:            V91   VR   906709   0031   JOSHUA, LA'UTON R           151 MARGARET ST                                                1,504.00

Adjustments:  145798   V91   VR   011128   0036   LOWE (HB), JACQUELINE        02   CANCELLED CONTRACTS                   0.00              -800.00
                                                                                    05/01/05-06/30/05

Report SBR540   Run 2136                        SAN FRANCISCO HOUSING AUTHORITY                          15 AUG 2007  Page   1
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 06/01/2005 to 06/30/2005

| Bank  Check# | Vendor | Payee.Name.(Check.Payable.to).......... | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|---|---|---|---|---|---|---|---|---|
| Check Date | | Additional.Payee.Name............... | | | | | | |
| Contracts: | ACC  Ty | Client  Seq.  Client.Name.(Last,.First.MI) | | Unit.Street.Address................. | | | | HAP.Amount |
| | ... | ...    ....  ...................... | | | | | | ......... |
| Adjustments: | Adj.#.  ACC  Ty | Client  Seq.  Client.Name.(Last,.First.MI)  Cd  Adjustment.Description... | | | | | | Adj.Amount |
| | ......  ...  .. | ...    ....  ......................  :: | | ...................... | | Cur  Bal... | | ......... |

| SB   A620784  000930 | HELEN LOWE | | 2 | 0 | 1,904.00 | 0.00 | 0.00 | 1,904.00 |
| 06/01/05 | | | | | | | | |

| Contracts: | V91  VR | 011128  0034  LOWE (HB), JACQUELINE | | 70 ALVISO ST LOWER | | | | 400.00 |
| | V91  VR | 906709  0031  JOSHUA, LA'UTON R | | 151 MARGARET ST | | | | 1,504.00 |

Report SBR540    Run 2136

15 AUG 2007 Page    1

SAN FRANCISCO HOUSING AUTHORITY
Vendor Payments : HAP Checks to Vendors by Bank Code by Desending Check Date from 05/01/2005 to 05/31/2005

| Bank | Check# | Vendor | Payee.Name.(Check.Payable.to)........ | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|------|--------|--------|----------------------------------------|----------|----------|------------|------------|------------|-------------|
| Check Date | | | Additional.Payee.Name.............. | | | | | | |

Contracts:

| | | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.MI) | | | Unit.Street.Address........ | | | | HAP.Amount |
|---|---|-----|-----|--------|------|------------------------------|---|---|-----------------------------|---|---|---|------------|

Adjustments:

| Adj.# | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.MI) | Cd | Adjustment.Description.. | Cur.Bal... | Adj.Amount |
|-------|-----|-----|--------|------|------------------------------|-----|--------------------------|------------|------------|
| ...... | ... | ... | ...... | .... | ............................ | .. | ........................ | .......... | .......... |

| SB | A616454 | 000930 | HELEN LOWE | | 2 | 0 | 1,904.00 | 0.00 | 0.00 | 1,904.00 |
| 05/01/05 | | | | | | | | | | |

Contracts:

| | | V91 | VR | 011128 | 0034 | LOWE (HB), JACQUELINE | | | 70 ALVISO ST LOWER | | | | 400.00 |
| | | V91 | VR | 906709 | 0031 | JOSHUA, LA'UTON R | | | 151 MARGARET ST | | | | 1,504.00 |

Report SBR540   Run 2136

**SAN FRANCISCO HOUSING AUTHORITY**

Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 04/01/2005 to 04/30/2005

15 AUG 2007  Page   1

| Bank. Check# Vendor | Payee.Name.(Check.Payable.to).......... | | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|---|---|---|---|---|---|---|---|---|
| Check.Date | Additional.Payee.Name................. | | | | | | | |
| Contracts: | ACC Ty Client Seq. | Client.Name.(Last,.First,MI) | | | Unit.Street.Address.............. | | | HAP.Amount |
| Adjustments: | Adj.#.  ACC Ty Client Seq. | Client.Name.(Last,.First.MI) | Cd | Adjustment.Description... | | Cur.Bal... | | Adj.Amount |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SB  A612117 000930 | HELEN LOWE | | 2 | 0 | 1,904.00 | 0.00 | 0.00 | 1,904.00 |
| 06/01/05 | | | | | | | | |

Contracts:

| | | | |
|---|---|---|---|
| V91 VR 011128 0034 | LOWE (HB), JACQUELINE | 70 ALVISO ST LOWER | 400.00 |
| V91 VR 906709 0031 | JOSHUA, LA'UTON R | 151 MARGARET ST | 1,504.00 |

HOUSING ASSISTANCE PAYMENT (HAP) ANALYSIS
VENDOR: Helen Lowe, #930
CLIENT: La'uton Joshua, #906709

| Date of Check | Check Number | Paid HAP |
|---|---|---|
| 8/1/2006 | 3655 | 1,243.00 |
| 7/1/2006 | 2522 | 1,243.00 |
| 6/1/2006 | 1510 | 1,504.00 |
| 5/1/2006 | 665756 | 1,504.00 |
| 4/1/2006 | 663229 | 1,504.00 |
| 3/1/2006 | 659076 | 1,504.00 |
| 2/1/2006 | 654917 | 1,504.00 |
| 1/1/2006 | 650669 | 1,504.00 |
| 12/1/2005 | 646516 | 1,504.00 |
| 11/1/2005 | 642382 | 1,504.00 |
| 10/1/2005 | 638104 | 1,504.00 |
| 9/1/2005 | 633842 | 1,504.00 |
| 8/1/2005 | 629459 | 1,504.00 |
| 7/1/2005 | 625116 | 1,504.00 |
| 6/1/2005 | 620784 | 1,504.00 |
| 5/1/2005 | 616454 | 1,504.00 |
| 4/1/2005 | 612117 | 1,504.00 |
| 3/1/2005 | 607595 | 1,504.00 |
| 2/1/2005 | 603305 | 1,504.00 |
| 1/1/2005 | 598899 | 1,504.00 |
| 12/1/2004 | 594389 | 1,504.00 |
| 11/1/2004 | 590096 | 1,504.00 |
| 10/1/2004 | 585649 | 1,504.00 |
| 9/17/2004 | 583436 | 1,504.00 |
| 8/1/2004 | 576624 | 1,504.00 |
| 7/1/2004 | 572171 | 1,504.00 |
| 6/1/2004 | 567784 | 1,504.00 |
| 5/1/2004 | 563376 | 1,504.00 |
| 4/1/2004 | 558864 | 1,504.00 |
| 3/1/2004 | 554339 | 1,504.00 |
| 2/1/2004 | 550023 | 1,504.00 |
| 1/1/2004 | 545607 | 1,504.00 |
| 12/1/2003 | 541224 | 1,504.00 |
| 11/1/2003 | 536923 | 1,504.00 |
| 10/1/2003 | 532472 | 1,504.00 |
| 9/1/2003 | 528064 | 1,504.00 |
| 8/1/2003 | 523720 | 1,504.00 |
| 7/1/2003 | 519450 | 1,504.00 |
| 6/1/2003 | 515067 | 1,504.00 |
| 5/1/2003 | 510751 | 1,504.00 |
| 4/1/2003 | 506449 | 1,504.00 |
| 3/1/2003 | 502232 | 1,504.00 |
| 2/1/2003 | 498116 | 1,504.00 |
| 1/1/2003 | 494173 | 1,504.00 |
| 12/1/2002 | 490294 | 1,504.00 |
| 11/1/2002 | 486606 | 1,504.00 |

| | | |
|---|---|---|
| 10/1/2002 | 482919 | 1,504.00 |
| 9/1/2002 | 479298 | 1,504.00 |
| 8/1/2002 | 475686 | 1,504.00 |
| 7/1/2002 | 472146 | 1,504.00 |
| 6/1/2002 | 468688 | 1,504.00 |
| 5/1/2002 | 465176 | 1,504.00 |
| 4/1/2002 | 461723 | 1,504.00 |
| 3/1/2002 | 458240 | 1,504.00 |
| 2/1/2002 | 454720 | 1,504.00 |
| 1/1/2002 | 451219 | 1,504.00 |
| 12/1/2001 | 447846 | 1,504.00 |
| 11/1/2001 | 444566 | 1,483.00 |
| 10/1/2001 | 441235 | 1,483.00 |
| 9/1/2001 | 437958 | 1,483.00 |
| 8/1/2001 | 434738 | 1,483.00 |
| 7/1/2001 | 431489 | 1,483.00 |
| 6/1/2001 | 428225 | 1,483.00 |
| 5/1/2001 | 424892 | 1,483.00 |
| 4/13/2001 | 423430 | 3,100.00 |
| 4/1/2001 | 421541 | 708.00 |
| 3/1/2001 | 423430 | 708.00 |
| 2/1/2001 | 414676 | 708.00 |
| 1/1/2001 | 411207 | 708.00 |
| 12/1/2000 | 407722 | 1,075.00 |
| 11/1/2000 | 404284 | 1,075.00 |
| 10/1/2000 | 400829 | 1,075.00 |
| 9/1/2000 | 397423 | 1,075.00 |
| 8/1/2000 | 394069 | 1,075.00 |
| 7/1/2000 | 390747 | 1,075.00 |
| 6/12/2000 | 388925 | 444.00 |
| 6/1/2000 | 387263 | 1,001.00 |
| 5/1/2000 | 384217 | 1,001.00 |
| 4/1/2000 | 381191 | 1,001.00 |
| 3/1/2000 | 378163 | 1,001.00 |
| 2/1/2000 | 375155 | 1,001.00 |
| 1/1/2000 | 372191 | 1,001.00 |
| 12/1/1999 | 369219 | 988.00 |
| 11/1/1999 | 366234 | 988.00 |
| 10/1/1999 | 363213 | 988.00 |
| 9/1/1999 | 360240 | 988.00 |
| 8/1/1999 | 357276 | 988.00 |
| 7/1/1999 | 354279 | 988.00 |
| 6/1/1999 | 351302 | 988.00 |
| 5/1/1999 | 348416 | 988.00 |
| 4/1/1999 | 345536 | 988.00 |
| 3/1/1999 | 342683 | 988.00 |
| 2/1/1999 | 339833 | 988.00 |
| 1/1/1999 | 337007 | 1,647.00 |
| 12/1/1998 | 334234 | 790.00 |
| | $ | 127,724.00 |

```
127,724.00
126,934.00
   790.00
```