UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

FILED
MAY 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: May 20, 2008

Case No.: CR 07-0555 WHA

Title: UNITED STATES -v- LAUTON JOSHUA (present)
                       HELEN LOWE (present)

Appearances:
    For the Government:  Ericka Frick

    For the Defendant(s): Stuart Hanlon; Sara Rief (LJ)
                          Darryl Stallworth (HL)

Interpreter: n/a                    Probation Officer: Brian Casai

Deputy Clerk: Dawn Toland           Court Reporter: Margo Guele

**PROCEEDINGS**

1)  Sentencing - HELD

2)  _____

**ORDERED AFTER HEARING:**

LAUTON JOSHUA:
JUDGMENT:  Defendant is committed to the BOP for 8 months and placed on supervised
release for 3 years with the following special conditions: 1) 7 months of home confinement
w/electronic monitoring; 2) pay $126,934 in restitution; 3) pay $100 special assessment; 4) no
firearms; 5) check voicemail; 6) provide financial info; 7) pay restitution imposed; and 8)
cooperated with collection of DNA.  No fine is imposed.

Defendant shall self-surrender on 9/15/08 to the designated facility or USMS. Court recommends
defendant be designated to a Camp Facility located in California.

HELEN LOWE:
JUDGMENT: Probation for 3 years with the special conditions: 1) pay $126,934 in restitution;
2) pay $30,000 fine; 3) pay $25 special assessment; 4) provide financial info; and 5) no new
lines of credit with approval.  Drug testing condition is suspended.