on 07-555 WHA

**FILED**
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

05/27/2008 02:51 PM EST

Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

San Francisco

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 002 | HELEN LOWE | DCAN307CR000555 | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 3461101937 | 1 | PR | 25.00 | 05/20/2008 |

Division Payment Total   25.00

Grand Total   25.00

$25.00 SPECIAL ASSESSMENT
PAID IN FULL
on 5-20-08

Page 1 of 1